TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AMANDA L. TESAREK
Minnesota State Bar No. 0402598
Email: Amanda.tesarek@usdoj.gov
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for Plaintiff*

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

APR 0 1 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | No.    CR-25-00508-PHX-DWL (ASB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(k) and 924(a)(1)(B) (Possession of Firearm with Obliterated or Altered Serial Number) Count 1 |
| Shay Andreas Pasqual, | 18 U.S.C. §§ 922(g)(9) and 924(a)(8) (Possession of a Firearm Following Misdemeanor Domestic Violence Conviction) Count 2 |
| Defendant. | 18 U.S.C. §§ 924(d) and 981; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about September 15, 2024, in the District of Arizona, Defendant, SHAY ANDREAS PASQUAL, did knowingly possess, in and affecting interstate commerce, a firearm, that is Bear Creek Arsenal, Model BCA 15, Multi-caliber pistol, from which the manufacturer's serial number had been obliterated, removed and altered.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## COUNT 2

On or about September 15, 2024, in the District of Arizona, Defendant, SHAY

ANDREAS PASQUAL, did possess, in and affecting interstate commerce, a firearm that is a Bear Creek Arsenal, Model BCA 15, Multi-caliber pistol. Defendant knowingly possessed the firearm, knowing he had been convicted of a misdemeanor crime of domestic violence, in Case Number CR 2014-00407/00408, on July 15, 2014, in the Gila River Indian Community Tribal Court.

In violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendant is liable, including, but not limited to, the following property involved and used in the offense:

1. Bear Creek Arsenal, Model BCA 15, Multi-caliber pistol, obliterated serial number.
2. Three (3) rounds of an unknown caliber (Gila River Police Department Evidence Number 24 E03221)
3. One (1) .223 live round (GRPD # 24 E03328)
4. Two (2) 300 blackout live rounds (GRPD # 24 E03330)
5. Four (4) 257 Weymag live rounds (GRPD # 24 E03335)
6. One (1) .40 live round (GRPD # 24 E03327)
7. Nine (9) .308 Winchester rounds (GRPD # 24 E03317)
8. One (1) .300 Winchester Magnum round (GRPD # 24 E03324)

- 2 -

9. Two (2) 6mm live rounds (GRPD # 24 E03326)

10. Two (2) 9mm live rounds (GRPD # 24 E03329)

11. One (1) .257 Weatherby Magnum live round (GRPD # 24 E03325)

12. Two (2) .223 live rounds (GRPD # 24 E03319)

13. One (1) Unknown brand rifle round (GRPD # 24 E03323)

14. Six (6) .22 live rounds (GRPD # 24 E03318)

15. Nine (9) live .223 rounds (GRPD # 24 E03332)

16. One (1) 5.56 live round (GRPD # 24 E03334)

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: April 1, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

_s/_
AMANDA L. TESAREK
Assistant U.S. Attorney

- 3 -